UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDAN WILSON,

Plaintiff,

v.

CAPSTEAD MORTGAGE CORPORATION, PAT AUGUSTINE, JACK BIEGLER, MICHELLE P. GOOLSBY, GARY KEISER, CHRISTOPHER W. MAHOWALD, MICHAEL G. O'NEIL, PHILLIP A. REINSCH, and MARK S. WHITING,

Defendants.

Case No. 1:21-cv-08147-PAE

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jordan Wilson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 11, 2021

**WEISSLAW LLP**

By *_/s/ Richard A. Acocelli_*

Richard A. Acocelli
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge
11/12/2021